January 21, 2005

Mr. Jeffery T. Nobles
Beirne Maynard & Parsons, L.L.P.
1300 Post Oak Blvd, Suite 2500
Houston, TX 77056-3000
Mr. Daryl L. Moore
Storey, Moore & McCally, P.C.
1005 Heights Boulevard
Houston, TX 77008

RE: Case Number: 03-0195
 Court of Appeals Number: 09-01-00377-CV
 Trial Court Number: E-162,276

Style: U.S. SILICA COMPANY
 v.
 ESTATE OF DONALD TOMPKINS, RUBY L. TOMPKINS, DAWN MALDONADO, AND
 SHERRY LOPEZ

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. (Justice Green not
sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Lolita Ramos |
| |Ms. Carol Anne |
| |Flores |